# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOANN A. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-440-M |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 13, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance and supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by March 5, 2012. Plaintiff has timely filed her objections.

Having carefully reviewed this matter <u>de novo</u>, the Court:

(1)   ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on February 13, 2012, and

(2)   AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 9th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE